(March 11, 1889.)

## UNITED STATES v. COZZENS.
### [21 Pac. 409.]

APPEAL from District Court, Bingham County.

Judgment affirmed. Following case of *United States v. Kuntze.*

One Cozzens was convicted of bigamy, and appeals. Affirmed.

Smith & Smith, for Appellant.

J. H. Hawley, United States District Attorney.

LOGAN, J.—Under a stipulation now on file with the clerk of this court, and upon the opinion of this court in the case of *United States v. Kuntze,* ante, p. 480, 21 Pac. 407 (decided at this term), the judgment in this action is affirmed.